JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO TORRES, | Case No. CV 14-04485 DDP (JPRx) |
| Plaintiff, | **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. The SCHEDULING CONFERENCE set for November 3, 2014 is vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 10, 2014

DEAN D. PREGERSON
United States District Judge